CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, *v.* THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY et al., Defendants, FRANK S. SMITH, as Receiver, Appellant, and CENTRAL TRUST COMPANY, as Trustee, et al., Respondents.

*Appeal — interlocutory order.*

Central Trust Co. of N. Y. v. Pittsburg, S. & N. R. R. Co., 189 App. Div. 921, appeal dismissed.

(Argued April 19, 1920; decided May 7, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 18, 1919, reversing, upon the facts, an order of Special Term, and remitting the matter to the Special Term to take such further proof upon the questions involved in the proceeding as either party might desire to submit. Respondent contended that the order appealed from was not final and, therefore, not appealable, as of right, to the Court of Appeals.

*Alton B. Parker, Frederic W. Frost* and *Frank Sullivan Smith* for appellant.

*Arthur H. Van Brunt* and *Orville C. Sanborn* for Central Trust Company of New York, as trustee, respondent.

*Adelbert Moot* and *Welles V. Moot* for Pacific Improvement Company, respondent.

34

Appeal dismissed, with costs, on authority of *Central Trust Company* v. *Pittsburg, Shawmut & Northern R. R. Co.* (229 N. Y. 68).

Concur: HISCOCK, Ch. J., COLLIN; CARDOZO, POUND and CRANE, JJ. Dissent: CHASE, J., on memoranda filed in said case, with whom ANDREWS, J., concurs.